William Scott Davis Jr

v

Robert J. Pike, a Detective of the Raleigh NC Police Department, and Police Chief Dee Brown, Sgt Wood, Detective Dena Hubble, and City of Raleigh NC, and Mayor of Raleigh NC Jane/John Doe, US FBI S/A Gayla Wariner, and US Assistant District Attorney Barbra D Kocher, Ethan A Ontjes, Adon Hilbig, US DA ED NC WD Robert Higdon, AUSA Jennifer May-Parker. Defendant.

FILED
SEP 08 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

1. Davis v Mitchell 5:17-cv-493-F (ED NC) Injunction void per USCA4 Bates v. Dickens 618 Fed Appx 182 (CA4-2015).

2. No Strikes Under 28 USC 1915(g) Escalera v Samaritan Village 938 F.3d 380 F.3d 382,-84 (8th Cir 2019) Thomson v. D.E.A. 492 F.3d 428, 440;377 US App D.C. 129 (Dis Col Cir 2007) Turely v Gaetz 625 F.3d 1005, 1008-09 (7th Cir 2010); Tolbert v Stevenson 635 F.3d 646,645, (11th Cir 2011) Dickson v. U.S. 2018 US App Lexis 3128 (CA4-2018) McLean v U.S. 566 F 3d 391, 393 (4th Cir 2009)

Jurisdiction 28 USC 1331, Federal Agents Sued in their Individual Capacity per Suant to Biven v Six Unknown Named Federal Agent of the Bureau of Narcotics, 28 USC 2201, 2202, 28 USC 1331,

Jurisdiction: State Actors Sued in their Official and Individual Capacities 28 USC 1331, 1332, 2201, 2203, 1343, 1367, 1391 (b)(2).

Statement of Claims, Defendants Conspired to Fraudulently Conceal 31 USC 3729, -3730, 1st Amendment Protections from NCGS § 14A 196.3 Cyber Stalking, NCGS § 14A § 277.1 Communication of threats, Fraudulently Fabricated by Detective Robert J Pike, AUSA Melanie A Shekita, Atty Sydney J. Batch, Detective Michelle W Savage. Fraudulent Concealments

of Fraudulently Fabricating of the illegally manufacturing of. In Re S.D 207 NC App 377; 699 S.E. 2d 686 [Published in Full Text At] WL 3860605, (NC App Oct 5, 2010).

That was illegally manufactured and fraudulently fabricated by fraudulent concealments of the Child and Family Forensic Evaluations of LCSW Nancey Berson, UNC School of medecine Department of Psychietery Out Patient program on Child Hood Trauma and maltreatment.

Having been illegal, Unauthorized, fraudulently fabricating of malicious Criminal Prosecution Evidence 06CrS 72340-01 07CrS 51657. State NC v. Davis. That illegally manufactured and fraudulently fabricated the personal Jurisdiction, Subject matter Jurisdiction, and Jurisdiction of WCCFC 07JA705, 07J5705 Void in ab initio.

Fraudulent Concealments of Detective Robert J. Pike. illegal invasions of Plaintiff family privacy and Confidenty illegal Search and Seizures, of forged US Dept. State Report of JFD Born in Belgium, IP Address, E-mail Accounts and Isp Provider of Plaintiff, And deprived plaintiff of 2, 4, 5, 6, 8, 9, 13, 14th Amed. Civil Rights, During The Initial Investigatory Stages of NCGS 14A § 196.3, and 14A § 277.1 Defendant Conspiris Amongst themselfs Prior to Indictment, Fraudulently Fabricating Evidence State NC V. Davis 06CrS 72340-01/ 07CrS 51657, 07CrS 86181, 07CrS 72642.

07JA705, 09-CVS-5181, 07JT705, 08-CVD 1040, US v Davis 5:14-CR-240 Fox (ED NC), That Defendant First Fraudulently Fabricated.

In the US DC ED VA Davis v Singer et Al 4:13-CV-7-RBS, ECF 56-A-B, ECF 197, Fraud on Court, Davis v US Dep't State et al 4:13-CV-58 ECF 32-A-B, ECF 329, Fraud on Courts.

Fraudulent Concealments of NC DHHS Division of Social Services Family Services Federal mandates 45 CFR 1355, 1356, 1357, 42 USC 671(a), 42 USS 5101, 42 USC 601-729, US Social Security Administration Title IV-A-B, Title IV-D-E, State of N.C. Plan of Compliance Violated. By ADA Shekita, Sydney Batch, Detective Spouse Abuse of NCGS 7B-100 Processes, Non-Compliances w(ITS-CPS), WC-GAL Program, NC Family Court, usurpations of Powers, and Authorities

Fraudulent Concealment of NC Court of Appeals Judges NC-COA 10-283, NC-COA-10-472,, Illegal Searches and Seizures of States Evidences 06CVS7234001, 07CVS1667, Poisonous Trees, and the Fruits there of 07CVS 21692, 07-CVS-861851 Violation of Court order NCGS 7B 3100, Codifying 20 USC 1232g order Violated By the Defendant, Detective Robert J Pike, 42 USC 1983, 1985(3), 1986, and Bivens Claim, 1, 4, 5, 6, 8, 9, 13, 14th.

Defendants Fraudulently Concealed that in July - August 2014 Detective Pike Illegally Searched and Seized plaintiff's Email Accounts microsoft, Google, yahoo, Aol, without a Search warrant supported by probable Cause, without a 18 USC 2703(d) Stored Wire Communication Act Court order, Without a Subpoena, Including obtaining plaintiff Verizon Internet Service providers Account Information, Plaintiff Address in 333 pembroke Ave # 8 Hampton VA, 23669, Detective Pike Illegally obtains Plaintiff Documents Papers at JFD School, a forged US Counselor Belguium Embassy Report of JFD Born, Detective Pike Illegally invaded plaintiff family privacy and Confidentity, 1, 4, 5, 6, 8, 9, 10, 13, 14th Amend. Violations, 42 USC 1981, 1983, 1985(2), 1986, 42 USC 2000d-1 Conspiracy of Defendant Federal Agents Conspiring with Atty Elizabeth A Martinuc Chief Arch tech of NCGS § 14A 193.6, NCGS § 14A.277, 1. Cospiracy of Shekita to Cover-up her misconduct Count 1, Fraud, Count 2 Fraudulent Concealment 7, 4, 5, 6, 8, 9, 10, 13, 14th Civil Right Violations, Count 3 Illegal Invasions of plaintiff Family Privacy and Confidentity, NCGS 7B-3100, Codification of 20 USC 1232 g Court order Viololated, Bivens Claims, and 42 USC 1981, 1983, 1985(2), 1986. Count 4, Fraudulently Fabricating Evidence of NCGS 14A 196.3 and NCGS 14A 277. 1 Relief, 28 USC 1445 (a)(6) Rule 12 (f)(2) F.R. Civ. P. Atty. G. AL. (1) $125,000,000.00 Joint-Severly, (3) Declaratory-Injuntive Relief